## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| VICKIE L. LEVESQUE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:13-cv-128-GZS |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) ) ) |
| Defendant | ) ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 23) filed April 7, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **REVERSED** and Plaintiff's Title II and Title XVI claims are **REMANDED** for further proceedings.

        /s/ George Z. Singal
        United States District Judge

Dated this 25th day of April, 2014.